[No. 19284-5-II.    Division Two.    January 3, 1997.]

HOLLY HOMES, INC., ET AL., *Respondents*, v. URBAN HOUSING GROUP, LTD. PARTNERSHIP V, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 94-2-04776-6, Rosanne Buckner, J., entered February 24, 1995. *Affirmed* by unpublished opinion per Turner, J., concurred in by Seinfeld and Armstrong, JJ.

[No. 19349-3-II.    Division Two.    January 3, 1997.]

RUTH M. HEATHCOTE, *as Personal Representative, Appellant*, v. ALTON K. PRIDDIS, ET AL., *Individually and as Personal Representative, Respondents*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 93-2-02331-8, Thomas R. Sauriol, J., entered March 10, 1995. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Houghton, C.J., and Morgan, J.

[No. 37024-3-I.    Division One.    January 6, 1997.]

THE STATE OF WASHINGTON, *Appellant*, v. KAREN JANE PARKINSON, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 95-1-00548-3, Paul D. Hansen, J., entered July 21, 1992. *Reversed* by unpublished opinion per Ellington, J., concurred in by Webster and Cox, JJ.

[No. 14231-1-III.    Division Three.    January 7, 1997.]

LAWRENCE SPANJER, ET AL., *Respondents*, v. RICHARD DARLINGTON, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Chelan County, No. 91-2-00221-0, Ted W. Small, J., entered July 6, 1994. *Reversed* by unpublished opinion per Schultheis, A.C.J., concurred in by Thompson and Kurtz, JJ.